FELICI v. EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Ponce.

No. 8.—Resuelto en junio 8, 1907.

CONTRIBUCIONES—FINCA VENDIDA EN PÚBLICA SUBASTA—CERTIFICADO DE REDENCIÓN—INSCRIPCIÓN.—La extensión de nota marginal por presentación en el registro de un certificado de redención de finca vendida para el pago de contribuciones, no procede en los casos en que el certificado de la venta de dicha finca no apareciere inscrito á nombre del comprador ni de ninguna otra persona.

Los hechos están expresados en la opinión.

Abogados del recurrente: *Sres. Tord, Toro & Canales.*

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por los abogados Toro y Canales, á nombre de Don Domingo Felici, contra nota denegatoria del Registrador de la Propiedad de Ponce á inscribir un certificado de redención de cierta finca rústica.

*Resultando:* que librado por el Registrador de la Propiedad de Ponce á favor de Don Domingo Felici, certificado de redención de 30 cuerdas de terreno de la hacienda "Santa Rita" de que es condueño dicho Sr. Felici y que habían sido rematadas por el colector de rentas internas de aquella ciudad para pago de contribuciones atrasadas y adjudicadas á

Don José Liborio Hernández, en uso del derecho que le con-cedía el artículo 348 del Código Político en relación con el 1425 del Código Civil; y que presentado dicho certificado de redención al mismo Registrador de la Propiedad de Ponce para la extensión de la nota marginal, la denegó el registrador por los fundamentos de la nota puesta al pie de dicho documento, la que copiada literalmente dice así:

"Denegada la extensión de nota marginal, en virtud del precedente documento por no resultar inscrito el certificado de compra á que el mismo se refiere, á nombre de Don José Liborio Hernández, ni de ninguna otra persona y puesta en su lugar nota marginal preventiva á la anotación letra B que se halla al folio 244 vuelto del tomo 129 de este Ayuntamiento, finca número 5849 y cuya anotación fué convertida en la inscripción 7ª. de dicha finca al folio 250 del tomo 130 de esta ciudad.—Ponce y marzo 25 de 1907.—El Registrador, José Sastraño Belaval."

*Resultando:* que contra esta nota han interpuesto en tiempo los abogados Toro y Canales, á nombre de Don Domingo Felici, el presente recurso gubernativo para que se revoque dicha nota y se ordene al registrador la inscripción de dicho certificado de redención; informando á su vez el registrador por escrito dirigido á esta corte lo que ha creído pertinente en confirmación de su negativa.

*Aceptando* los fundamentos de la resolución impugnada.

*Se confirma* la nota del Registrador de la Propiedad de Ponce, y devuélvansele los documentos presentados, con copia de la presente resolución á los fines procedentes.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.